ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

PAUL HOWARD ZUKERBERG

      \*     IN THE

      \*     SUPREME COURT

      \*     OF MARYLAND

      \*     AG No. 9

      \*     September Term, 2025

## O R D E R

Upon consideration of the "Joint Petition for Order Transferring the Respondent to Disability Inactive Status by Consent" filed by the parties in the above-captioned case on August 21, 2025, in which the parties jointly petition this Court to transfer Respondent, Paul Howard Zukerberg, to disability inactive status pursuant to Maryland Rules 19-736 and 19-740(c), it is this 9th day of September 2025,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition for Order Transferring the Respondent to Disability Inactive Status by Consent is GRANTED; and it is further

ORDERED, that Respondent, Paul Howard Zukerberg, is hereby transferred to disability inactive status by consent, pending further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Paul Howard Zuckerberg from the register of attorneys in this Court and send notice of this order to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk



/s/ Shirley M. Watts
Senior Justice